UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,

        Plaintiff,

v.

PIER 1 IMPORTS ONLINE, INC.,

        Defendant.

-------------------------------------------------------- X

**FILED**
**CLERK**

10:48 am, Jun 01, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Civil Action No. 2:21-cv-01123-SJF-JMW

**STIPULATION OF DISMISSAL**
  <u>**WITH PREJUDICE**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michelle Tenzer-Fuchs ("Plaintiff") and Defendant Pier 1 Imports Online, Inc. ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
       May  28 , 2021

**SEYFARTH SHAW LLP**

By_____
Meredith-Anne M. Berger
620 8th Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5500

*Attorneys for Defendant*
*Pier 1 Imports Online, Inc.*

**SHALOM LAW, PLLC**

By_____
Jonathan Shalom
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Telephone: (718) 971-9474

*Attorneys for Plaintiff*
*Michelle Tenzer-Fuchs*

Case closed.
SO ORDERED.
/s/ JMA, USDJ
6/1/2021

70716973v.1